NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PROBATTER SPORTS, LLC,**
*Plaintiff-Appellee*

**v.**

**SPORTS TUTOR, INC.,**
*Defendant-Appellant*

_____

2022-1814

_____

Appeal from the United States District Court for the District of Connecticut in No. 3:05-cv-01975-VLB, Judge Vanessa Lynne Bryant.

_____

**JUDGMENT**

_____

JOHN RICHARD HORVACK, JR., Carmody Torrance Sandak & Hennessey LLP, New Haven, CT, argued for plaintiff-appellee. Also represented by DAMIAN KEVIN GUNNINGSMITH, FATIMA LAHNIN.

CHRISTOPHER B. ROBERTS, Woodard, Emhardt, Henry, Reeves & Wanger, LLP, Indianapolis, IN, argued for defendant-appellant. Also represented by JOHN C. MCNETT.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CHEN, and STOLL, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 14, 2023
Date

Jarrett B. Perlow
Clerk of Court